UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

ALTAUNE BROWN,

                              Plaintiff,

          -against-

KENNEDY'S CHICKEN & BURGERS et al,

                              Defendants.

-----------------------------------------------------X

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)**

Case No.:

**1:19-cv-11685-LJL**

## NOTICE OF VOLUNTARY DISMISSAL PUSUANT TO F.R.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Altaune Brown, his counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the Defendant Quad Starts, LLC. Defendant Quad Starts, LLC has not appeared in this action, nor have they served an answer or motion for summary judgment to date.

Dated: New York, New York
          March 20, 2020

                        THE MARKS LAW FIRM, PC

By:_____
     BRADLY G. MARKS
     175 Varick Street, 3rd Fl
     New York, NY 10014
     T:(646) 770-3775
     F: (646) 770- 2639
     brad@markslawfirm.net