```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ALTAUNE BROWN,                                                     :
:
:
    Plaintiff,                                                     :
:      19-cv-11685 (LJL)
    -v-                                                            :
:      ORDER
KENNEDY'S CHICKEN & BURGERS, et al.,                               :
:
    Defendants.                                                    :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      It is hereby ORDERED that counsel for all parties appear for a telephonic status conference on July 24, 2020 at 3:00 p.m.  The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.

      IT IS FURTHER ORDERED that, by one week prior to conference, the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage.


      SO ORDERED.

Dated: May 22, 2020                              _____
      New York, New York                       LEWIS J. LIMAN
                                          United States District Judge