UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ALTAUNE BROWN,

                    Plaintiff,                          Case No.: 1:19-cv-11685-LJL

             -against-

KENNEDY'S CHICKEN & BURGERS AND            **STIPULATION OF**
FORHAM-WEBSTER ASSOCIATES, LLC,           **DISMISSAL WITH**
                                                        **PREJUDICE**

                     Defendants.
------------------------------------------------------------X

WHEREAS, on December 20, 2019, Plaintiff Altaune Brown ("Plaintiff") filed a complaint, asserting claims for, *inter alia*, violations of the American with Disabilities Act, 42 U.S.C. 12181, et *seq.* ("ADA"), and analogous State and local law claims; and

WHEREAS, the parties settled this action through arms-length negotiations.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendant for Kennedy's Chick and Burgers that this action is hereby dismissed in its entirety with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without an award of costs or disbursements.

Dated: New York, New York
February 8, 2021

                                              Respectfully Submitted,

**The Marks Law Firm P.C.**                    **HANG & ASSOCIATES, PLLC**

By:_____                 By: _____
Bradly Gurion Marks                        Ge Qu, Esq.
The Marks Law Firm PC                   136-20 38th Ave., Suite 10G
175 Varick Street 3rd Floor               Flushing, New York 11354
New York, NY 10014                    Tel: (718) 353-8588
646-770-3775                          Email: rqu@hanglaw.com
Email: bmarkslaw@gmail.com           *Attorneys for Defendant Kennedy's Chicken*
*Attorney for Plaintiffs*                 *& Burgers*